UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 12-1244

V. :
Preston Smitth : CRIMINAL ACTION
:
: ORDER OF RELEASE
:

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

- [✓] Reporting, as directed, to U.S. Pretrial Services;
- [ ] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;
- [ ] Mental Health testing/treatment as directed by U.S. Pretrial Services:
- [✓] The defendant shall appear at all future court proceedings;
- [✓] Other: Participate and complete domestic violence program.

/s/ Preston Smith                     12/02/2021
_____           _____
DEFENDANT                             DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

/s/ Matthew J. Skahill
MATTHEW SKAHILL
U.S. MAGISTRATE JUDGE

DATE 12/2/2021